IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSHUA STEPHENS,**

    **Plaintiff,**

**v.**                                                   **Case No. 4:23-cv-395-AW-MAF**

**FLORIDA STATE HOSPITAL, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Joshua Stephens, a pro se inmate, initiated this case in September. ECF No. 1. He has not submitted a filing fee or filed a proper IFP motion. After giving him several opportunities to do so, the magistrate judge now recommends dismissal. ECF No. 22. Stephens has filed no objection to the report and recommendation.

I agree that dismissal is appropriate. I approve the recommendation and will dismiss the case without prejudice. All motions are denied. Stephens has not shown good cause for further extensions or for the appointment of counsel.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee or file a proper IFP motion and for failure to comply with court orders." The clerk will then close the file.

SO ORDERED on June 24, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge